# CRIMINAL DOCKET - U.S. District Court

U.S. vs. SYLVESTER, JAMES E.

- PO: 0975 1
- Assigned: 7511
- Felony: X
- Case Filed: 03/25/93
- Docket No.: 93 00428 DAE 01
- No. of Def's: 1

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | | DISM. |
|---|---|---|---|---|
| 26:7203 | Failure To File Income Tax (10/15/87) | CT 1 | 1 | X |
| 26:7203 | Failure To File Income Tax (10/15/88) | CT 2 | 1 | X |

## II. KEY DATE

- INTERVAL ONE — KEY DATE (EARLIEST OF):
- END ONE / BEGIN TWO — KEY DATE: 03-25-93 — Indictment filed/unsealed (X)
- KEY DATE: 04-02-93 — 1st appears on pending charge /R40 (X)
- END INTERVAL TWO — KEY DATE: 07-27-93 — Pled guilty (X), After N.G. (X)
- 1st appears with or waives counsel: 04-02-93
- ARRAIGNMENT: 04-02-93
- DISPOSITION DATE: 07-27-93
- SENTENCE DATE: 11-01-93

## III. MAGISTRATE

(blank)

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS — U.S. Attorney or Asst.**

DANIEL A. BENT
by Leslie E. Osborne, Jr.

Defense: 2 [X] Ret

HOWARD T. CHANG
737 Bishop St. Suite 2770
Honolulu, Hawaii 96813
ph: 533-2877

DEC 5 1993

FINE AND RESTITUTION PAYMENTS

Docket Entries Begin On Reverse Side

| DATE DOCUMENT NO. | Yr | Docket No. | Def | MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE 1 OF | VI EXCLUDABLE DELAY Start Date / End Date | L/T Code | Total Days |
|---|---|---|---|---|---|---|---|---|
| | 93 | 93 00428 | DAE | 01 | | | | |

### V. PROCEEDINGS

(OPTIONAL) Show last names of defendants

| 1993 | | |
|---|---|---|
| Mar 25 | 1 | **EP:** INDICTMENT - PS ordered (Marjann Shawler) YAMASHITA |
| | 2 | PS issued; retn 04/02/93 at 10:30 a.m. (BMK) |
| 31 | 3 | Return on PS unexecuted by USM - certified mail returned |
| Apr 2 | 4 | **EP:** A&P - deft. present. Arrn. waived. Plea of Not guilty entered. Dates given: JS/JT: 06-01-93 @ 9, DAE. Final PT: 05-17-93 @ 10:30, BMK. Motions due: 04-23-93. Response due: 05-07-93. Both parties' oral M/Continue Trial Granted. New dates given: JS/JT: 08-03-93 @ 9, DAE. Final PT: 07-19-93 @ 10:30, BMK. Motions due: 06-22-93. Response due: 07-06-93. Osborne to prepare order excluding time from 06-01-93 to 08-03-93. Bail set at $10,000.00 signature. Special conditions: 1. PTS as directed. 2. may travel w/in the USA without permission. Deft. advised of conditions of release and feferred to marshal's for processing. Les Osborne & Howard Chang present. (ESR) KURREN |
| | 5 | ORDER Setting Conditions of Release - $10,000.00 Signature Travel within the United States of America without the written consent 6f the court. That the defendant report to Pretrial Services as directed by the U.S.P.O. KURREN |
| | 6 | Appearance Bond -<br>1162 Mokapu Blvd.<br>Kailua, HI 96734<br>Ph. 254-4552                KURREN |
| Jul 7 | 7 | **EO:** COP will be set for 7/27/93 at 2:30 (E)        EZRA<br>cc: USPO & USM |
| 27 | 8 | **EP:** Change of Plea -<br>Deft. is sworn, Adv. of his rights, and voir dired by the court as to his porposed change of plea to count |
| | 9 | 2 and the Plea Agreement. "MEMORANDUM OF PLEA AGREEMENT" filed. The court defers the acceptance of the Plea Agreement. Plea of Guilty entered to count 2. Case contd. for presentence. Sentence set for Nov. 1, 1993 @ 2:15 p.m. Bail contd. Les Osborne & Howard Chang present. (SP) EZRA |
| Aug 2 | 10 | Government's Notice of Non-Objection; Certificate of Service |
| Sep 28 | 11 | Government's Notice of Non-Objection: Certificate of Service |
| Oct 6 | 12 | Defendant's Presentence Statement; Exhibits A-D; Certificate of Service   - **SEALED** |
| 25 | 13 | Government's Reply To Defendant's Presentence Statement; Exhibits 1 - 5 **SEALED** |
| 28 | 13a | Defendant's Sentencing Memorandum; Certificate of Service **SEALED** |
| Nov 1 | 14 | **EP:** SENTENCING to CT 2 - Seabright, Chang. impr 4 months, Sup Rel 1 yr. Conds:<br>1) Deft must not commit any crimes, fed, state or local<br>2) Deft must not possess illegal controlled substances<br>3) Deft must provide the prob office access to any requested financial information<br>---contd -- * see next page * |

| UNITED STATES DISTRICT COURT | | | Page 2 |
|---|---|---|---|
| CRIMINAL DOCKET  U. S. vs | SYLVESTER, JAMES E. | | 93 00428 DAE 01 |
| AO 256A | | | Yr.  Docket No.  Def. |

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|---|---|---|---|
| | (Document No.) | | (a)  (b)  (c) (d) |
| 1993 Nov 1 | | **SENTENCING CONTD:**<br>4) Deft must pay a fine of $5,000 in a manner as directed by the prob office<br>5) Deft is prohib from incurring additional credit charges and lines of credit without the approval of the prob office<br>6) Deft must pay all back taxes & file all future tax returns in a timely manner<br>Spec Mon Assess - $ 25 (already pd)<br>Deft is adv of his right to appeal<br>Deft's m/vol Surrender **GRANTED**<br>MITTIMUS - stayed to 01-05-94 at 4:00 pm local time of the institution   desig by BOP<br>Court's Rec - Prison camp at Nellis AFB<br>Govt's M/Dismiss CT 1 - **GRANTED**<br>Bail contd                     (SP)       EZRA | |
| 5 | 15 | Judgment in a Criminal Case          EZRA | |
| | | Transcript of Proceedings - pgs. 40 - 11-01-93 - Steve Platt | |
| 1994 Jan 31 | 16 | Satisfaction of Judgment | |
| Feb 14 | 17 | Presentence Report - Filed Under Seal & Returned to USPO | |
| | 18 | Sentencing Recommendation - Filed Under Seal & Returned to USPO | |
| 1995 May 31 | 19 | Report and Order Terminating Supervised Release   EZRA | |
| 1999 Aug 2 | | Transcript of Proceedings - Orig - (Stephen B. Platt) - pps 40 - 11/1/93 | |

Interval (per Section II)   Start Date End Date   Ltr. Code   Total Days