DANIEL BENT
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LESLIE E. OSBORNE, JR.
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 5 1993

at ___ o'clock and ___ min ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 93 00428  DAE |
| Plaintiff, | INDICTMENT |
| vs. | [26 U.S.C., § 7203 Failure To File] |
| JAMES E. SYLVESTER, | |
| Defendant. | |

## I N D I C T M E N T

The Grand Jury charges:

### COUNT ONE

That during the calendar year 1986, JAMES E. SYLVESTER, who was a resident of Honolulu, Hawaii, had and received gross income of approximately $82,379.00; that by reason of such gross income he was required by law, following the close of the calendar year 1986, and on or before October 15, 1987, to make an Income Tax Return to the District Director of the Internal Revenue Service for the Internal Revenue District of Hawaii, at

Honolulu, in the District of Hawaii, or to the Director, Internal Revenue Service Center, at Fresno, California, or other proper officer of the United States, stating specifically the items of his gross income and any deductions and credits to which he was entitled; that well-knowing and believing all of the foregoing, he did willfully fail to make an Income Tax Return to said District Director of the Internal Revenue Service, to said Director of the Internal Revenue Service Center, or to any other proper officer of the United States.

In violation of Title 26, United States Code, § 7203.

### COUNT TWO

That during the calendar year 1987, JAMES E. SYLVESTER, who was a resident of Honolulu, Hawaii, had and received gross income of approximately $95,534.00; that by reason of such gross income he was required by law, following the close of the calendar year 1987, and on or before April 15, 1988 (extended to October 15, 1988), to make an Income Tax Return to the District Director of the Internal Revenue Service for the Internal Revenue District of Hawaii, at Honolulu, in the District of Hawaii, or to the Director, Internal Revenue Service Center, at Fresno, California, or other proper officer of the United States, stating specifically the items of his gross income and any deductions and credits to which he was entitled; that well-knowing and believing all of the foregoing, he did willfully fail to make an Income Tax Return to said District Director of the Internal Revenue Service,

to said Director of the Internal Revenue Service Center, or to any other proper officer of the United States.

In violation of Title 26, United States Code, § 7203.

DATED: March 25, 1993, at Honolulu, Hawaii.

A TRUE BILL

_____
FOREPERSON, GRAND JURY

_____
DANIEL BENT
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
LESLIE E. OSBORNE, JR.
Assistant U.S. Attorney

U.S.A. v. JAMES E. SYLVESTER
"INDICTMENT"