FLORENCE T. NAKAKUNI  2286
United States Attorney
District of Hawaii

EDRIC M. CHING  6697
Assistant U.S. Attorney
Att: Financial Litigation Unit
PJKK Federal Building
300 Ala Moana Boulevard, Room 6-100
Honolulu, HI 96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email:  Edric.Ching@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 93-00428-001 DAE |
| | ) | |
| Plaintiff, | ) | RELEASE OF NOTICE OF LIEN |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES E. SYLVESTER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

RELEASE OF NOTICE OF LIEN

      The United States of America, by and through its attorneys, FLORENCE T. NAKAKUNI, United States Attorney for the District of Hawaii, and Edric M. Ching, Assistant U.S. Attorney, states that on November 5, 1993, a Judgment In A Criminal Case was entered against James E. Sylvester (SSN: XXX-XX-X442), in the U.S. District Court, District of Hawaii, ordering payment of a special assessment of $25.00, and a fine of $5,000.00.

      A Notice of Lien for Fine Imposed Pursuant to the Sentencing Reform Act of 1984 was recorded on November 30, 1993

at the Bureau of Conveyances, State of Hawaii, Document No. 93-198218.

      The special assessment and fine amounts have been fully satisfied.

      DATED:  June 8, 2011  , at Honolulu, Hawaii.

      FLORENCE T. NAKAKUNI
      United States Attorney
      District of Hawaii

        /s/ Edric M. Ching
      By: _____
      EDRIC M. CHING
      Assistant U.S. Attorney

      Attorneys for Plaintiff